[No. 5167–6–III.   Division Three.   August 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. SHARON K. WALL, *Petitioner.*

Appeal from a judgment of the Superior Court for Whitman County, No. C–2013, Philip H. Faris, J., entered April 20, 1982. *Reversed* by unpublished opinion per Roe, C.J., concurred in by Green and McInturff, JJ.

[No. 5354–3–II.   Division Two.   August 24, 1983.]

LOUIS J. STAUDINGER, *Appellant,* v. THE LIQUOR CONTROL BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 78–2–00421–8, Carol A. Fuller, J., entered January 19, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5323–3–II.   Division Two.   August 24, 1983.]

D. G. BISSON, ET AL, *Respondents,* v. HAROLD LEE GOAKEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79–2–00215–3, Jay W. Hamilton, J., entered January 30, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrich, J., concurred in by Reed and Worswick, JJ.